UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL MOSLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 4:24-cv-01654-MTS |
| COLLIN L. CHEN, | ) ) ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court upon review of self-represented Plaintiff Michael Mosley's Application to Proceed in District Court Without Prepaying Fees or Costs. Doc. [5]. Plaintiff filed the Application on a Court-provided form, as required. The form Application prompts applicants to specify their "take-home pay or wages" and then to specify the "pay period." *See id.* Where the form Application provided space for Plaintiff to state his take-home pay or wages, he wrote "16." *Id.* Where the form Application provided space for Plaintiff to specify the pay period, he wrote "hr." *Id.* Plaintiff did not provide any additional information that would allow the Court to calculate his take-home pay or wages for each week, month, or other regularly scheduled period when employees typically receive their wages.[*] There is therefore no basis for the Court to conclude that Plaintiff should be granted leave to proceed without payment of the required filing fee. As a result, the Court will deny Plaintiff's Application without prejudice. To proceed in this case, Plaintiff must either pay the $405 filing fee, or file a new Application to Proceed in District Court Without

---

[*] The Court further observes that Plaintiff wrote "N/A" under each space where the applicant is instructed to list his or her regular expenses, debts, and any dependents. Doc. [5].

Prepaying Fees or Costs that contains all the required information.  Failure to do so will result in dismissal of this action without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs is **DENIED** without prejudice.  Doc. [5].

**IT IS FURTHER ORDERED** that, no later than **Friday, February 07, 2025**, Plaintiff must either pay the $405 filing fee or file an Application to Proceed in District Court Without Prepaying Fees or Costs that contains all of the required information.

**IT IS FURTHER ORDERED** that the Clerk shall send Plaintiff a copy of the Court's form Application to Proceed in District Court Without Prepaying Fees or Costs.

Dated this 8th day of January 2025.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE